# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    SUSAN AZRIEL                                                  Case No.: 5-19-00132-MJC

                                                                               Chapter 13

            Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                   **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SELENE FINANCE, LP |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 34 Mountain Crest - PRE-ARREARS - 4458 |
| Property Address if applicable: | 34 MOUNTAIN CREST DR, , LAKE ARIEL, PA18436-7450 |

**PART 2:**                   **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,677.38 |
| b. | Prepetition arrearages paid by the Trustee: | $2,677.38 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,677.38 |

**PART 3:**                   **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                   **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 28, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　eMail:  info@pamd13trustee.com

Creditor Name: SELENE FINANCE, LP
Court Claim Number: 01

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1220789 | 08/12/2020 | $101.97 | $0.00 | $101.97 |
| 5200 | 1221848 | 09/17/2020 | $280.80 | $0.00 | $280.80 |
| 5200 | 1222831 | 10/15/2020 | $140.40 | $0.00 | $140.40 |
| 5200 | 1224614 | 12/10/2020 | $141.96 | $0.00 | $141.96 |
| 5200 | 1226395 | 01/19/2021 | $283.92 | $0.00 | $283.92 |
| 5200 | 1227413 | 02/17/2021 | $141.96 | $0.00 | $141.96 |
| 5200 | 1228438 | 03/17/2021 | $141.96 | $0.00 | $141.96 |
| 5200 | 1229450 | 04/15/2021 | $141.96 | $0.00 | $141.96 |
| 5200 | 2000841 | 05/18/2021 | $141.96 | $0.00 | $141.96 |
| 5200 | 2002807 | 07/14/2021 | $146.64 | $0.00 | $146.64 |
| 5200 | 2003896 | 08/18/2021 | $293.28 | $0.00 | $293.28 |
| 5200 | 2005936 | 10/14/2021 | $293.28 | $0.00 | $293.28 |
| 5200 | 2006965 | 11/16/2021 | $142.43 | $0.00 | $142.43 |
| 5200 | 2007979 | 12/15/2021 | $142.43 | $0.00 | $142.43 |
| 5200 | 2009003 | 01/19/2022 | $142.43 | $0.00 | $142.43 |
| 5200 | 2009956 | 02/16/2022 | $142.43 | $0.00 | $142.43 |
| 5200 | 2010957 | 03/16/2022 | $142.43 | $0.00 | $142.43 |
| 5200 | 0 | 05/04/2022 | $-284.86 | $0.00 | $-284.86 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

SUSAN AZRIEL  Case No.: 5-19-00132-MJC
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 28, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| JEFFREY S. TREAT, ESQUIRE<br>926 COURT STREET<br>HONESDALE PA,  184311961 | SERVED ELECTRONICALLY |
| SELENE FINANCE<br>9990 RICHMOND AVE<br>SUITE 400 SOUTH<br>HOUSTON, TX,  77042 | SERVED BY 1ST CLASS MAIL |
| SUSAN AZRIEL<br>34 MOUNTAIN CREST DR<br>LAKE ARIEL, PA  18436-7450 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 28, 2022

/s/   Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com