Certificate Number: 01721-PAM-DE-036685301

Bankruptcy Case Number: 19-00132



01721-PAM-DE-036685301

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2022, at 3:47 o'clock PM EDT, Susan Azriel completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 14, 2022

By: /s/Robin Vasselo

Name: Robin Vasselo

Title: Counselor