Fill in this information to identify the case:

Debtor 1         Susan Azriel

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : <u>MIDDLE</u> District of <u>Pennsylvania</u>
                                                                    (State)
Case number <u>5:19-bk-00132-MJC</u>

# Form 4100R
# Response to Notice of Final Cure                                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 4458

**Property address:**  34 MOUNTAIN CREST ,
                       Number      Street

                       LAKE ARIEL, PA 18436
                       City              State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[ ]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[X]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $3,197.03

### Part 3: Postpetition Mortgage

*Check one:*

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    11/1/2022
                                                               MM/DD/YYYY

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                           (a) $_____

b. Total fees, charges, expenses, escrow and costs outstanding:     + (b) $_____

c. Total. Add lines a and b.                                          (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                                MM/ DD/ YYYY

Form 4100R          **Response to Notice of Final Cure Payment**                page 1

| Part 4: | Itemized Payment History |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

| Part 5: | Sign Here |

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x   /s/ Charles G. Wohlrab                      Date 07/19/2022
    Signature

Print   Charles G. Wohlrab, Esq.                Title Authorized Agent
        First Name   Middle Name   Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   130 Clinton Rd #202
          Number   Street

          Fairfield, NJ   7004
          City      State   ZIP Code

Contact   470-321-7112                          Email cwohlrab@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 19, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Susan Azriel
34 Mountain Crest Dr
Lake Ariel, PA 18436-7450

And via electronic mail to:

Jeffrey S. Treat
926 Court Street
Honesdale, PA 18431

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

By: /s/ Jessica Norton

Email: jnorton@raslg.com

# PAYMENT HISTORY
**PAYMENT HISTORY PER MSP**

| | | |
|---|---|---|
| **LOAN NUMBER** | | |
| **FILING DATE** | 1/11/2019 | |
| **PAYMENTS IN POC** | Principal & interest due is $3084.83 [Due for 7 months, date range from 07/01/2018 to 01/01/2019]; Prepetition fees due is $658.93;Escrow deficiency is $ 1212.44; Projected escrow shortage is $918.21; Total prep | |
| **FIRST POST-PETITION DUE DATE** | 2/1/2019 | |

| | INCOMING FUNDS | | ESC DISB | PRE-PETITION PAYMENTS | | | | DUE DATES | | | PMT AMT | SUSPENSE INFORMATION | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | PRE-PETITION FUNDS | POST-PETITION FUNDS | ESCR DISB | PRIN | INT | ESCR | Other | POST PYMT | CONTR PYMT | CLAIM PYMT | TOTAL POST-PMT POSTED | TO/FROM TRUSTEE SUSP | TRUSTEE SUSP BAL | TO/FROM DEBTOR SUSP | DEBTOR SUSP BAL | TOTAL MSP SUSP BAL |
| **STARTING BALANCES** | | | | | | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| 1/30/2019 | | $ 681.91 | | | | | | | | | $ - | $ - | $ - | $ 681.91 | $ 681.91 | $ 681.91 |
| 1/31/2019 | | | | | | | | 2/1/2019 | 7/1/2018 | | $ 673.96 | $ - | $ - | $ (673.96) | $ 7.95 | $ 7.95 |
| 3/11/2019 | | $ 682.00 | | | | | | | | | $ - | $ - | $ - | $ 682.00 | $ 689.95 | $ 689.95 |
| 4/2/2019 | | $ 682.00 | | | | | | | | | $ - | $ - | $ - | $ 682.00 | $ 1,371.95 | $ 1,371.95 |
| 4/3/2019 | | | | | | | | 3/1/2019 | 8/1/2018 | | $ 673.96 | $ - | $ - | $ (673.96) | $ 697.99 | $ 697.99 |
| 4/29/2022 | | $ 682.00 | | | | | | | | | $ - | $ - | $ - | $ 682.00 | $ 1,379.99 | $ 1,379.99 |
| 4/30/2019 | | | | | | | | 4/1/2019 | 9/1/2018 | | $ 673.96 | $ - | $ - | $ (673.96) | $ 706.03 | $ 706.03 |
| 5/16/2019 | | | $ 459.66 | | | | | | | Town tax dis | $ - | $ - | $ - | $ - | $ 706.03 | $ 706.03 |
| 6/5/2019 | | $ 674.00 | | | | | | | | | $ - | $ - | $ - | $ 674.00 | $ 1,380.03 | $ 1,380.03 |
| 6/6/2019 | | | | | | | | 5/1/2019 | 10/1/2018 | | $ 673.96 | $ - | $ - | $ (673.96) | $ 706.07 | $ 706.07 |
| 7/2/2019 | | $ 675.00 | | | | | | | | | $ - | $ - | $ - | $ 675.00 | $ 1,381.07 | $ 1,381.07 |
| 7/3/2019 | | | | | | | | 6/1/2019 | 11/1/2018 | | $ 681.91 | $ - | $ - | $ (681.91) | $ 699.16 | $ 699.16 |
| 7/30/2019 | | $ 674.00 | | | | | | | | | $ - | $ - | $ - | $ 674.00 | $ 1,373.16 | $ 1,373.16 |
| 7/31/2019 | | | | | | | | 7/1/2019 | 12/1/2018 | | $ 681.91 | $ - | $ - | $ (681.91) | $ 691.25 | $ 691.25 |
| 8/31/2019 | | $ 674.00 | | | | | | | | | $ - | $ - | $ - | $ 674.00 | $ 1,365.25 | $ 1,365.25 |
| 9/3/2019 | | | | | | | | 8/1/2019 | 1/1/2019 | | $ 681.91 | $ - | $ - | $ (681.91) | $ 683.34 | $ 683.34 |
| 9/13/2019 | | | $ 1,740.83 | | | | | | | School tax | $ - | $ - | $ - | $ - | $ 683.34 | $ 683.34 |
| 10/1/2019 | | $ 682.00 | | | | | | | | | $ - | $ - | $ - | $ 682.00 | $ 1,365.34 | $ 1,365.34 |
| 10/2/2019 | | | | | | | | 9/1/2019 | 2/1/2019 | | $ 668.43 | $ - | $ - | $ (668.43) | $ 696.91 | $ 696.91 |
| 10/14/2019 | | | $ 602.00 | | | | | | | Hazard ins | $ - | $ - | $ - | $ - | $ 696.91 | $ 696.91 |
| 11/1/2019 | | $ 680.00 | | | | | | | | | $ - | $ - | $ - | $ 680.00 | $ 1,376.91 | $ 1,376.91 |
| 11/4/2019 | | | | | | | | 10/1/2019 | 3/1/2019 | | $ 668.43 | $ - | $ - | $ (668.43) | $ 708.48 | $ 708.48 |
| 12/3/2019 | | $ 680.00 | | | | | | | | | $ - | $ - | $ - | $ 680.00 | $ 1,388.48 | $ 1,388.48 |
| 12/4/2019 | | | | | | | | 11/1/2019 | 4/1/2019 | | $ 668.43 | $ - | $ - | $ (668.43) | $ 720.05 | $ 720.05 |
| 1/2/2020 | | $ 682.00 | | | | | | | | | $ - | $ - | $ - | $ 682.00 | $ 1,402.05 | $ 1,402.05 |
| 1/3/2020 | | | | | | | | 12/1/2019 | 5/1/2019 | | $ 668.43 | $ - | $ - | $ (668.43) | $ 733.62 | $ 733.62 |
| 1/31/2020 | | $ 680.00 | | | | | | | | | $ - | $ - | $ - | $ 680.00 | $ 1,413.62 | $ 1,413.62 |
| 2/3/2020 | | | | | | | | 1/1/2020 | 6/1/2019 | | $ 668.43 | $ - | $ - | $ (668.43) | $ 745.19 | $ 745.19 |
| 3/2/2020 | | $ 680.00 | | | | | | | | | $ - | $ - | $ - | $ 680.00 | $ 1,425.19 | $ 1,425.19 |
| 3/3/2020 | | | | | | | | 2/1/2020 | 7/1/2019 | | $ 668.43 | $ - | $ - | $ (668.43) | $ 756.76 | $ 756.76 |
| 3/30/2020 | | $ 680.00 | | | | | | | | | $ - | $ - | $ - | $ 680.00 | $ 1,436.76 | $ 1,436.76 |
| 3/31/2020 | | | | | | | | 3/1/2020 | 8/1/2019 | | $ 668.43 | $ - | $ - | $ (668.43) | $ 768.33 | $ 768.33 |
| 3/31/2020 | | | | | | | | 4/1/2020 | 9/1/2019 | | $ 668.43 | $ - | $ - | $ (668.43) | $ 99.90 | $ 99.90 |
| 4/29/2020 | | $ 680.00 | | | | | | | | | $ - | $ - | $ - | $ 680.00 | $ 779.90 | $ 779.90 |
| 4/30/2020 | | | | | | | | 5/1/2020 | 10/1/2019 | | $ 668.43 | $ - | $ - | $ (668.43) | $ 111.47 | $ 111.47 |
| 5/13/2020 | | | $ 561.58 | | | | | | | Town tax dis | $ - | $ - | $ - | $ - | $ 111.47 | $ 111.47 |
| 5/31/2020 | | $ 680.00 | | | | | | | | | $ - | $ - | $ - | $ 680.00 | $ 791.47 | $ 791.47 |
| 7/1/2020 | | $ 680.00 | | | | | | | | | $ - | $ - | $ - | $ 680.00 | $ 1,471.47 | $ 1,471.47 |
| 7/2/2020 | | | | | | | | 6/1/2020 | 11/1/2019 | | $ 668.43 | $ - | $ - | $ (668.43) | $ 803.04 | $ 803.04 |
| 7/29/2020 | | $ 700.00 | | | | | | | | | $ - | $ - | $ - | $ 700.00 | $ 1,503.04 | $ 1,503.04 |
| 7/30/2020 | | | | | | | | 7/1/2020 | 12/1/2019 | | $ 668.43 | $ - | $ - | $ (668.43) | $ 834.61 | $ 834.61 |
| 8/18/2020 | $ 101.97 | | | | | | | | | | $ - | $ 101.97 | $ 101.97 | $ - | $ 834.61 | $ 936.58 |
| 9/2/2020 | | $ 720.00 | | | | | | | | | $ - | $ - | $ 101.97 | $ 720.00 | $ 1,554.61 | $ 1,656.58 |
| 9/3/2020 | | | | | | | | 8/1/2020 | 1/1/2020 | | $ 668.43 | $ - | $ 101.97 | $ (668.43) | $ 886.18 | $ 988.15 |
| 9/4/2020 | | | $ 1,766.95 | | | | | | | School tax | $ - | $ - | $ 101.97 | $ - | $ 886.18 | $ 988.15 |
| 9/23/2020 | $ 280.80 | | | | | | | | | | $ - | $ 280.80 | $ 382.77 | $ - | $ 886.18 | $ 1,268.95 |
| 10/7/2020 | | $ 720.00 | | | | | | | | | $ - | $ - | $ 382.77 | $ 720.00 | $ 1,606.18 | $ 1,988.95 |
| 10/8/2020 | | | | | | | | 9/1/2020 | 2/1/2020 | | $ 720.85 | $ - | $ 382.77 | $ (720.85) | $ 885.33 | $ 1,268.10 |
| 10/13/2020 | | | $ 626.00 | | | | | | | Hazard ins | $ - | $ - | $ 382.77 | $ - | $ 885.33 | $ 1,268.10 |
| 10/21/2020 | $ 140.40 | | | | | | | | | | $ - | $ 140.40 | $ 523.17 | $ - | $ 885.33 | $ 1,408.50 |
| 10/30/2020 | | $ 720.00 | | | | | | | | | $ - | $ - | $ 523.17 | $ 720.00 | $ 1,605.33 | $ 2,128.50 |

| Date | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Date A | Date B | Note | Amt1 | Amt2 | Amt3 | Amt4 | Amt5 | Amt6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2020 | | | | | | | | 10/1/2020 | 3/1/2020 | | $ 720.85 | $ - | $ 523.17 | $ (720.85) | $ 884.48 | $ 1,407.65 |
| 12/1/2020 | | $ 720.00 | | | | | | | | | $ - | $ - | $ 523.17 | $ 720.00 | $ 1,604.48 | $ 2,127.65 |
| 12/2/2020 | | | | | | | | 11/1/2020 | 4/1/2020 | | $ 720.85 | $ - | $ 523.17 | $ (720.85) | $ 883.63 | $ 1,406.80 |
| 12/9/2020 | | | | | | | | 12/1/2020 | 5/1/2020 | | $ 720.85 | $ - | $ 523.17 | $ (720.85) | $ 162.78 | $ 685.95 |
| 12/11/2020 | | | | | | | | 1/1/2021 | 6/1/2020 | | $ 685.95 | $ - | $ 523.17 | $ (685.95) | $ (523.17) | $ - |
| 12/22/2020 | $ 141.96 | | | | | | | | | | $ - | $ 141.96 | $ 665.13 | $ - | $ (523.17) | $ 141.96 |
| 1/8/2021 | | $ 720.00 | | | | | | | | | $ - | $ - | $ 665.13 | $ 720.00 | $ 196.83 | $ 861.96 |
| 1/11/2021 | | | | | | | | | | | $ 720.00 | $ - | $ 665.13 | $ (720.00) | $ (523.17) | $ 141.96 |
| 1/26/2021 | $ 283.92 | | | | | | | | | | $ - | $ 283.92 | $ 949.05 | $ - | $ (523.17) | $ 425.88 |
| 2/3/2021 | | | | | | | | | | | $ - | $ - | $ 949.05 | $ - | $ (523.17) | $ 425.88 |
| 2/3/2021 | | | | | | | | | | | $ (720.00) | $ - | $ 949.05 | $ 720.00 | $ 196.83 | $ 1,145.88 |
| 2/3/2021 | | | | | | | | | | | $ - | $ - | $ 949.05 | $ - | $ 196.83 | $ 1,145.88 |
| 2/3/2021 | | | | | | | | | | | $ - | $ - | $ 949.05 | $ - | $ 196.83 | $ 1,145.88 |
| 2/3/2021 | | | | | | | | | | | $ - | $ - | $ 949.05 | $ - | $ 196.83 | $ 1,145.88 |
| 2/3/2021 | | | | | | | | | | | $ - | $ - | $ 949.05 | $ - | $ 196.83 | $ 1,145.88 |
| 2/10/2021 | | $ 720.00 | | | | | | | | | $ - | $ - | $ 949.05 | $ 720.00 | $ 916.83 | $ 1,865.88 |
| 2/11/2021 | | | | $ 51.53 | $ 389.16 | $ 280.16 | | | 7/1/2020 | | $ 720.85 | $ (720.85) | $ 228.20 | $ - | $ 916.83 | $ 1,145.03 |
| 2/24/2021 | $ 141.96 | | | | | | | | | | $ - | $ 141.96 | $ 370.16 | $ - | $ 916.83 | $ 1,286.99 |
| 3/5/2021 | | $ 750.00 | | | | | | | | | $ - | $ - | $ 370.16 | $ 750.00 | $ 1,666.83 | $ 2,036.99 |
| 3/8/2021 | | | | | | | | 2/1/2021 | 8/1/2020 | | $ 720.85 | $ - | $ 370.16 | $ (720.85) | $ 945.98 | $ 1,316.14 |
| 3/23/2021 | $ 141.96 | | | | | | | | | | $ - | $ 141.96 | $ 512.12 | $ - | $ 945.98 | $ 1,458.10 |
| 4/20/2021 | $ 141.96 | | | | | | | | | | $ - | $ 141.96 | $ 654.08 | $ - | $ 945.98 | $ 1,600.06 |
| 5/3/2021 | | $ 750.00 | | | | | | | | | $ - | $ - | $ 654.08 | $ 750.00 | $ 1,695.98 | $ 2,350.06 |
| 5/4/2021 | | | | | | | | 3/1/2021 | 9/1/2020 | | $ 720.85 | $ - | $ 654.08 | $ (720.85) | $ 975.13 | $ 1,629.21 |
| 5/7/2021 | | | $ 561.58 | | | | | | | Town tax dis | $ - | $ - | $ 654.08 | $ - | $ 975.13 | $ 1,629.21 |
| 5/26/2021 | $ 141.96 | | | | | | | | | | $ - | $ 141.96 | $ 796.04 | $ - | $ 975.13 | $ 1,771.17 |
| 5/26/2021 | | | | $ 52.45 | $ 388.24 | $ 280.16 | | | 10/1/2020 | | $ 720.85 | $ (720.85) | $ 75.19 | $ - | $ 975.13 | $ 1,050.32 |
| 6/3/2021 | | $ 720.00 | | | | | | | | | $ - | $ - | $ 75.19 | $ 720.00 | $ 1,695.13 | $ 1,770.32 |
| 6/4/2021 | | $ 720.85 | | | | | | 4/1/2021 | 11/1/2020 | | $ 720.85 | $ - | $ 75.19 | $ - | $ 1,695.13 | $ 1,770.32 |
| 6/8/2021 | | $ (720.85) | | | | | | | | | $ - | $ - | $ 75.19 | $ (720.85) | $ 974.28 | $ 1,049.47 |
| 6/29/2021 | | $ 720.00 | | | | | | | | | $ - | $ - | $ 75.19 | $ 720.00 | $ 1,694.28 | $ 1,769.47 |
| 6/30/2021 | | | | | | | | 5/1/2021 | 12/1/2020 | | $ 720.85 | $ - | $ 75.19 | $ (720.85) | $ 973.43 | $ 1,048.62 |
| 7/21/2021 | $ 146.64 | | | | | | | | | | $ - | $ 146.64 | $ 221.83 | $ - | $ 973.43 | $ 1,195.26 |
| 8/4/2021 | | $ 729.85 | | | | | | | | | $ - | $ - | $ 221.83 | $ 729.85 | $ 1,703.28 | $ 1,925.11 |
| 8/5/2021 | | | | | | | | 6/1/2021 | 1/1/2021 | | $ 720.85 | $ - | $ 221.83 | $ (720.85) | $ 982.43 | $ 1,204.26 |
| 8/30/2021 | | $ 720.00 | | | | | | | | | $ - | $ - | $ 221.83 | $ 720.00 | $ 1,702.43 | $ 1,924.26 |
| 8/31/2021 | $ 293.28 | | | | | | | | | | $ - | $ 293.28 | $ 515.11 | $ - | $ 1,702.43 | $ 2,217.54 |
| 8/31/2021 | | | | | | | | 7/1/2021 | 2/1/2021 | | $ 703.80 | $ - | $ 515.11 | $ (703.80) | $ 998.63 | $ 1,513.74 |
| 9/26/2021 | | | $ 1,802.28 | | | | | | | School tax | $ - | $ - | $ 515.11 | $ - | $ 998.63 | $ 1,513.74 |
| 9/30/2021 | | $ 720.55 | | | | | | | | | $ - | $ - | $ 515.11 | $ 720.55 | $ 1,719.18 | $ 2,234.29 |
| 10/1/2021 | | | | | | | | 8/1/2021 | 3/1/2021 | | $ 703.80 | $ - | $ 515.11 | $ (703.80) | $ 1,015.38 | $ 1,530.49 |
| 10/12/2021 | | | $ 653.00 | | | | | | | Hazard ins | $ - | $ - | $ 515.11 | $ - | $ 1,015.38 | $ 1,530.49 |
| 10/20/2021 | $ 293.28 | | | | | | | | | | $ - | $ 293.28 | $ 808.39 | $ - | $ 1,015.38 | $ 1,823.77 |
| 11/1/2021 | | $ 700.00 | | | | | | | | | $ - | $ - | $ 808.39 | $ 700.00 | $ 1,715.38 | $ 2,523.77 |
| 11/2/2021 | | | | $ 54.35 | $ 386.34 | $ 263.11 | | | 4/1/2021 | | $ 703.80 | $ (703.80) | $ 104.59 | $ - | $ 1,715.38 | $ 1,819.97 |
| 11/22/2021 | $ 142.43 | | | | | | | | | | $ - | $ 142.43 | $ 247.02 | $ - | $ 1,715.38 | $ 1,962.40 |
| 11/29/2021 | | $ 487.60 | | | | | | | | | $ - | $ - | $ 247.02 | $ 487.60 | $ 2,202.98 | $ 2,450.00 |
| 12/21/2021 | $ 142.43 | | | | | | | | | | $ - | $ 142.43 | $ 389.45 | $ - | $ 2,202.98 | $ 2,592.43 |
| 12/21/2021 | | $ 2,857.32 | | | | $ 547.28 | | | | | $ 1,251.08 | $ (547.28) | $ (157.83) | $ 2,153.52 | $ 4,356.50 | $ 4,198.67 |
| 12/21/2021 | | | | | | | | | | | $ 703.80 | $ - | $ (157.83) | $ (703.80) | $ 3,652.70 | $ 3,494.87 |
| 12/21/2021 | | | | | | | | | | | $ 703.80 | $ - | $ (157.83) | $ (703.80) | $ 2,948.90 | $ 2,791.07 |
| 12/21/2021 | | | | | | | | | | | $ 693.27 | $ - | $ (157.83) | $ (693.27) | $ 2,255.63 | $ 2,097.80 |
| 12/22/2021 | | $ (2,857.32) | | | | $ (547.28) | | | | | $ (1,251.08) | $ 547.28 | $ 389.45 | $ (2,153.52) | $ 102.11 | $ 491.56 |
| 12/22/2021 | | | | | | | | | | | $ (703.80) | $ - | $ 389.45 | $ 703.80 | $ 805.91 | $ 1,195.36 |
| 12/22/2021 | | | | | | | | | | | $ (703.80) | $ - | $ 389.45 | $ 703.80 | $ 1,509.71 | $ 1,899.16 |
| 12/22/2021 | | | | | | | | | | | $ (693.27) | $ - | $ 389.45 | $ 693.27 | $ 2,202.98 | $ 2,592.43 |
| 1/5/2022 | | $ 491.40 | | | | | | | | | $ - | $ - | $ 389.45 | $ 491.40 | $ 2,694.38 | $ 3,083.83 |
| 1/6/2022 | | | | | | | | 9/1/2021 | 5/1/2021 | | $ 703.80 | $ - | $ 389.45 | $ (703.80) | $ 1,990.58 | $ 2,380.03 |
| 1/12/2022 | | $ 1,682.52 | | | | | | | | | $ - | $ - | $ 389.45 | $ 1,682.52 | $ 3,673.10 | $ 4,062.55 |
| 1/13/2022 | | | | | | | | 10/1/2021 | 6/1/2021 | | $ 703.80 | $ - | $ 389.45 | $ (703.80) | $ 2,969.30 | $ 3,358.75 |
| 1/13/2022 | | | | | | | | 11/1/2021 | 7/1/2021 | | $ 703.80 | $ - | $ 389.45 | $ (703.80) | $ 2,265.50 | $ 2,654.95 |
| 1/13/2022 | | | | | | | | 12/1/2021 | 8/1/2021 | | $ 703.80 | $ - | $ 389.45 | $ (703.80) | $ 1,561.70 | $ 1,951.15 |
| 1/25/2022 | $ 142.43 | $ 665.16 | | | | | $ 111.65 | | | | $ 1,036.09 | $ 30.78 | $ 420.23 | $ (370.93) | $ 1,190.77 | $ 1,611.00 |
| 1/26/2022 | | $ (665.16) | | | | | | | | | $ - | $ - | $ 420.23 | $ (665.16) | $ 525.61 | $ 945.84 |
| 2/15/2022 | | $ 693.00 | | | | | | | | | $ - | $ - | $ 420.23 | $ 693.00 | $ 1,218.61 | $ 1,638.84 |
| 2/22/2022 | | | | | | | | 1/1/2022 | 9/1/2021 | | $ 703.80 | $ - | $ 420.23 | $ (703.80) | $ 514.81 | $ 935.04 |
| 2/22/2022 | | | | | | | | 2/1/2022 | 10/1/2021 | | $ 703.80 | $ - | $ 420.23 | $ (703.80) | $ (188.99) | $ 231.24 |

| Date | | Amount | | | | | | Date | Date 2 | | Amount | | | Value | | Change | | Subtotal | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/2022 | | $ 693.00 | | | | | | 3/1/2022 | 11/1/2021 | | $ 703.80 | $ | - | $ 420.23 | $ | (10.80) | $ | (199.79) | $ | 220.44 |
| 3/28/2022 | | $ 700.00 | | | | | | | | | $ - | $ | - | $ 420.23 | $ | 700.00 | $ | 500.21 | $ | 920.44 |
| 3/31/2022 | | | | | | | | 4/1/2022 | 12/1/2021 | | $ 700.00 | $ | - | $ 420.23 | $ | (700.00) | $ | (199.79) | $ | 220.44 |
| 4/29/2022 | | $ 730.00 | | | | | | | | | $ - | $ | - | $ 420.23 | $ | 730.00 | $ | 530.21 | $ | 950.44 |
| 4/30/2022 | | | | | | | | 5/1/2022 | 1/1/2022 | | $ 703.80 | $ | - | $ 420.23 | $ | (703.80) | $ | (173.59) | $ | 246.64 |
| 5/9/2022 | | | $ 586.04 | | | | | | City/Township T | | $ - | $ | - | $ 420.23 | $ | - | $ | (173.59) | $ | 246.64 |
| 5/31/2022 | | $ 1,690.71 | | | | | | 6/1/2022 | 2/1/2022 | | $ 692.10 | $ | - | $ 420.23 | $ | 998.61 | $ | 825.02 | $ | 1,245.25 |
| 5/31/2022 | | | | | | | | 7/1/2022 | 3/1/2022 | | $ 692.10 | $ | - | $ 420.23 | $ | (692.10) | $ | 132.92 | $ | 553.15 |
| 6/29/2022 | | $ 730.00 | | | | | | 8/1/2022 | 4/1/2022 | | $ 692.10 | $ | - | $ 420.23 | $ | 37.90 | $ | 170.82 | $ | 591.05 |
| | | | | | | | | | | | $ - | $ | - | $ 420.23 | $ | - | $ | 170.82 | $ | 591.05 |